**DISMISSED and Opinion Filed March 28, 2013.**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-12-01509-CV

**JEFFERY & GERALLYNN LONGINO, Appellants**
**V.**
**WILLIAM R. EGAN, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-2699-2012**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Murphy, and Fillmore
Opinion by Justice Murphy

After numerous delays in obtaining the record in this case, the time for filing appellants'

brief has expired. By postcard dated March 8, 2013, we notified appellants the time for filing

their brief had expired and directed appellants to file a brief within ten days. We cautioned

appellants that failure to file the brief and an extension motion within the time allowed would

result in the dismissal of this case. To date, appellants have not filed their brief, an extension

motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

121509F.P05

/Mary Murphy/
MARY MURPHY
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JEFFERY & GERALLYNN LONGINO,
Appellants

No. 05-12-01509-CV        V.

WILLIAM R. EGAN, Appellee

On Appeal from the County Court at Law
No. 6, Collin County, Texas
Trial Court Cause No. 006-2699-2012.
Opinion delivered by Justice Murphy.
Justices Lang-Miers and Fillmore
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee WILLIAM R. EGAN recover his costs of this appeal from appellants JEFFERY & GERALLYNN LONGINO.

Judgment entered this 28th day of March, 2013.


/Mary Murphy/
MARY MURPHY
JUSTICE